# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 2:10-CR-109 |
| | ) | |
| JERMAINE ELLIS, | ) | |
| a/k/a "J-DUB", | ) | |
| a/k/a "DONNIE BRASCO", | ) | |
| a/k/a "SHORTY", | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty (DE #105) filed on October 27, 2010. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Jermaine Ellis, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 18 U.S.C. § 1962(d). This matter is set for sentencing on April 14, 2011, at 1:00 p.m.

**DATED: November 16, 2010**        /s/RUDY LOZANO, Judge
                                    **United States District Court**